UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDWARD HANCOCK,

                        Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV- 4162 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 7 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 1, 2006, granting the Commissioner's motion for judgment on the pleadings; and denying plaintiff's motion; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that plaintiff's motion is denied.

Dated: Brooklyn, New York
        March 03, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court